Allen **OGDEN**, Plaintiff–Appellant,

v.

**MAYOR and CITY COUNCIL OF BALTIMORE, MARYLAND**, a Municipal Corporation; **Ronald Daniels**, Acting Commissioner Baltimore City Police Department; **Steven Mcmahan**, Major, Individually and in His Official Capacity; **Carl Brown**, Major, Individually and in His Official Capacity; **Thomas Marcuzzi**, Detective, Individually and in His Official Capacity; **Ronald Burger**, Sergeant, Individually and in His Official Capacity; **James Keller**, Sergeant, Individually and in His Official Capacity; **Patrick Rowe**, a/k/a Scotty, Individually and in His Official Capacity; **Timothy Godwinn**, Officer, Individually and in His Official Capacity; **William King**, Officer, Individually and in His Official Capacity; **John Jackson**, Officer, Individually and in His Official Capacity; **the State of Maryland**; **Edward T. Norris, Jr.**, Commissioner, Defendants–Appellees.

No. 02–1307.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 27, 2002.

Decided Oct. 16, 2002.

Allen Ogden, Appellant Pro Se. William Rowe Phelan, Jr, City of Baltimore Law Department, Baltimore, Maryland; Patricia Anne Smith, Baltimore Police Department, Baltimore, Maryland, for Appellee.

Before WIDENER, LUTTIG, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Allen Ogden appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ogden v. Mayor and City Council of Baltimore*, No. CA–00–579–L (D.Md. Feb. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*